UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



RONNIE L. COUSIN(DOC # 89334)       CIVIL ACTION

NUMBER 08-553-FJP-CN

VERSUS

BURL CAIN, WARDEN, ET AL.

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the petition for writ of habeas corpus filed by the petitioner, Ronnie L. Cousin, shall be DISMISSED WITHOUT PREJUDICE to later application upon exhaustion of state court remedies.

Baton Rouge, Louisiana, February 4, 2009.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45807